IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK STEVEN DAVIS,
    Petitioner,

vs.                                                Case No.: 3:18cv1546/LAC/EMT

MARK S. INCH,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 5, 2019 (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (ECF No. 12) is **GRANTED**.

3. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED** as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 26th day of April, 2019.

          *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**